E-FILED
AUG 13 2020
Document #

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| BRIAN WHITAKER, | Case: 2:19-CV-08880-PSG-JEM |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| RUTH ELIZABETH GONZALEZ; and Does 1-10, | |
| Defendants. | |

## ORDER

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 8/13/2020

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE